IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-01798-NYW-MDB

ERIK HOLT,
an individual,

    Plaintiff,

v.

FLORISSANT FIRE PROTECTION DISTRICT,
a Colorado non-profit corporation,

    Defendant.

---

## FINAL JUDGMENT

---

    In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

    Pursuant to the Memorandum Opinion and Order entered by United States District Judge Nina Y. Wang on March 28, 2025 [Doc. 32], it is

    ORDERED that Defendant's Motion for Summary Judgment [Doc. 27] is GRANTED.  It is

    FURTHER ORDERED that final judgment is hereby entered in favor of Defendant Florissant Fire Protection District and against Plaintiff Erik Holt.  It is

    FURTHER ORDERED that Defendant Florissant Fire Protection Distict is entitled to its costs pursuant to Fed. R. Civ. P. 54(d) and D.C.COLO.LCivR 54.1.  It is

FURTHER ORDERED that this case is closed.

Dated at Denver, Colorado this 28th day of March, 2025.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

By: _s/H. Guerra_____
      Deputy Clerk